IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY STILLS,

     Petitioner,

v.                                   Civ.  No.  05-804 JH/RLP

ROBERT ULIBARRI, Warden, *et al.,*

     Respondents.

<u>ORDER</u>

THIS MATTER comes before the Court on the Magistrate Judge's Report & Recommendation [Doc. 13].  Petitioner subsequently filed three documents: a Motion for Reconsideration [Doc. 14]; an Addendum to the Motion for Reconsideration [Doc. 15]; and a Memorandum in Support of Motion for Reconsideration [Doc. 16].  The Court construes these documents as timely filed objections to the Report & Recommendation and, having conducted a *de novo* review of the record, finds that the objections are not well taken and therefore adopts the Magistrate Judge's Report & Recommendation, which recommends dismissal with prejudice.

IT IS THEREFORE ORDERED that Petitioner's Motion for Reconsideration [Doc. 14] is denied; and

IT IS FURTHER ORDERED that the Magistrate Judge's Report and Recommendation [Doc. 13] is adopted by the Court and this case is dismissed with prejudice.

IT IS SO ORDERED.

Judith Herrera
United States District Judge